MR. STANLEY EZELL SINGLETON
T-01626, 4-20-238
P.O. Box 799004
480 Alta Road
San Diego California 92179

2254____ 1983 ✓
FILING FEE PAID
Yes____ No ✓
IFP MOTION FILED
Yes ✓ No____
COPIES SENT TO
Court ✓ ProSe____

FILED
NOV 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

STANLEY EZELL SINGLETON

Plaintiff

VS

OFFICER STINSON BADGE NO. 5529
OFFICER MANANSALA BADGE NO. 6010
OFFICER GIBSON BADGE NO. 6171
PAROLE AGENT OFFICER ANTHONY EWING
DEPUTY BOARD OF PRISON TERMS
COMMISSIONER J. MUGA
YOU ALL ARE BEING SUED IN YOUR INDIVIDUAL
AND OFFICIAL CAPACITIES AS STATED ABOVE /

NO. '07 CV 2190 IEG LSP

COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. 1983

A. JURISDICTION:

Jurisdiction is invoked pursuant to 28 U.S.C. 1343 (A)(3) and 42 U.S.C. 1983.

B. PARTIES:

PLAINTIFF: This complaint alleges that the Civil rights of plaintiff, Mr. Stanley Ezell Singleton who presently resides at 480 Alta Road San Diego Ca 92179, were violated by the actions of the below named individuals. The actions were directed against plaintiff at 10 Hensley Street San Diego Ca 92113, on October 1, 2007, Counts 1-4; 765 Thrid Street suite 200, Chula Vista Ca 91910, Oct 9, 2007, Counts 5; R.J. Donovan 480 Alta Road San Diego Ca 92179, Counts 6-7.

DEFENDANTS:

1. Defendant, Stinson Badge No. 5529, resides in San Diego County and is employed as a San Diego Police Officer. This defendant is sued in his individual and official capacity. Officer Stinson Badge No. 5529, was acting under the color of the law as a San Diego P.D.

2. Defendant, Manansala Badge No. 6010, resides in San Diego County, and is employed as a San Diego Police Officer. This defendant is sued in his individual and official capacity. Officer Manansala Badge No. 6010, was acting under the color of the law as a San Diego P.D.

3. Defendant, Gibson Badge No. 6171, resides in San Diego County, and is employed as a San Diego Police Officer. This defendant is sued in his individual and official capacity. Officer Gibson Badge No. 6171, was acting under the Color of the law as a San Diego P.D. All above name defendants' address San Diego Police Department 1400 Broadway, San Diego California 92101.

4. Defendant, Anthony Ewing Resides in San Diego County and is employed as Parole Agent Officer. This defendant is sued in his individual and official capacities. Parole Agent Officer, for Department of Corrections, 765 Third Street suite 200, Chula Vista Ca 91910.

5. Defendant J. MUGA resides in San Diego County, and is employed as Deputy Commissioner for Board of Prison Terms. This defendant is sued in his individual and official capacity.

J. MUGA was acting under the Color of the Law as a Deputy Commissioner for BPT, at R.J. Donovan 480 Alta Road San diego 92179

COUNT 1. AN ILLEGAL EXCESSIVE DETENTION, IN VIOLATION OF DUE PROCESS.

I

On October 1, 2007, 3:27 pm, at 10 Hensley Street, cornor resident between 27th & Imperial Ave San Diego California 92113.

II

I was contacted by an unidentified female who asked me for help to loosen the lug nuts on the tires of an old camper that belong to an older spansih gentlement located in the back yard of the property. I have reason to believe they lived in the camper on the property. They offered to pay me to help them. Because she was a female, and he was to old to do the job. I followed the famale to the back yard to look at the job.

I informed them that they needed to purchase a can of W-D-40, to lossen the Lug nuts. The female went and purchased the W-D-40. Once she returned, she handed the can to me. I then sprayed the Lug Nuts on the tires. I waited for the W-D-40 to take effect. While waiting in the back yard for about 7 minutes. I observed two Police vehicles in the front property.

III

Defendants Stinson, Badge No. 5529, arrived first. Then the other defendants Manansals Badge No. 6010, and Gibson Badge 6171.

IV

Defendants Stinson # 5529, and other defendants manansal # 6010, Gibson 6171, called me from the back yard of the proberty to their vehicle location (off the property on the street.

V

I COMPLYED.

VI

Once at their location defendant Stinson # 5529, asked me what was I doing on the property. I advised them the forgoing mention. The older spanish gentlement who's comper it was confirmed my statement.

VII

At this point there was no reason to detain or question me any further.

COUNT 2. UNREASONABLE SEARCH & SEIZURE IN VIOLATION OF FOURTH AND FOURTEETH AMENDMENT.

VIII

Defendant Gibson Badge No. 6171, asked me was I on Probation or Parole. I advised them I was on Parole.

IX

Defendant Stinson # 5529 then searched me for no just cause.

X

Defendant did a full search removing everthing from my person.

XI

In the current Police Report Exhibit (A), defendant Manansala Badge No 6010, admits defendant Stinson # 5529 conducted a parole search on me.

XII

Indicating the only cause for the search was because I was on parole.

XIII

After the search defendants ask me who was my Parole Agent and location. I advised them Agent A. Ewing Chula Vista office.

XIV

However, defendant Stinson # 5529, contacted another parole Agent VIA Telephone name Steve Strong enstead of my Agent.

XV

Defendant Stinson # 5529, advised Steve Strong he had me detained because of a call about a disturbance. But that I had permission to be on the property for the above forgoing mention in paragraph II.

COUNT 3. DEFENDANTS LACKED PROBABLE CAUSE TO ARREST, COMMITTED A FALSE ARREST, IN VIOLATION OF DUE PROCESS OF THE FOURTEETH AMENDMENT.

XVI

I then heard Stinson # 5529, advise Agent Steve Strong # 4500, that he believe I had been drinking. However, he "did not see any Liquor, nor did he observe me drunk in public. Also not on public property upon his arrival on the scene.

XVII

I then heard Stinson # 5529, advise defendant Manansala # 6010 to arrest me for Drunk in Public.

XVIII

However, I was not Drunk in Public, nor given any type of breath test, nor any blood test. Also I was on private property at the time of defendants arrival. They then called me off private property to arrest me.

XIX

I had justification to be on the property as mention above in paragraph II, and defendants no reason to continue to harress me.

XX

None of the defendant can testify that upon there arrival on the scene 10 Henslely Street they observed me in Publice Drunk.

COUNT 4. FILING A FALSE POLICE REPORT CAL 118.1, AND VIOLATION OF DUE PROCESS OF 14 AMENDMENT.

XXI

On information and belief defendant Manansala Badge No. 6010, "witholding information relevent" from his Police Report is the same as Perjury P.C. 118.

Misrepresentation of facts known by these defendants' to be false that I was Drunk in Public.

XXII

Defendant Manansala # 6010 " witheld relevent facts about "I was justified for being on the property after they conducted their investigation. Because if I was'nt justified for being on the property in the first place, defendants' would have so mentioned in their Police Report. Also Manansal witheld the fact that they called me off the property to arrest me for Drunk in Public. After they knew I had permission to be on the property.

XXIII

Moreover, the author of the Police Report Officer Manansal Badge No. 6010, further committe Perjury in his Report when he alleged officer Stinson Badge No. 5529, contacts Agent Steve Strong # 4500, who later arrived on the scene. Then placed a parole hold on Singleton, Exhibit (A). Officer Gibson Badge No. 6171, and Manansal transported Singleton to County Jail where he was "booked and processed without incident".

XXIV

This evidence indicates Steve Strong arrived on the scene 10 Hensley Street all the way from Chula Vista Office. Was a Lie".

XXV

Stinson Badge No. 5529, obtained a Parole hold from Steve Strong VIA Telephone at the scene.

XXVI

See Parole Agent Ewing's Parole Violation Report at page 2, where he states defendant's took me to detox, and I was rejecte because I was belligerent with staff, Exhibit (C).

XXVII

The defendant's then obtained a Parole hold from Strong # 4500, and I was taken to Jail. They both "filed false Reports in violation of my Due Process Rights of the Fourteeth Amendment. Also violated Cal P.C. 118.1.

COUNT 5. FALSE PAROLE VIOLATION REPORT CAL P.C. 118.1 AND DUE PROCESS OF 14 AMENDMENT.

XXVIII

On October 1, 2007, I was arrested for Drunk in Public by San Diego Police Dept. Exhibit (A). On Oct 1, 2007, Parole Agent's Anthony Ewing's Supervisor J.B. Holloway U.S. signed a charge sheet with charge for Drunk in Public (939) Exhibit (B).

On Oct 9, 2007, Agent Anthony Ewing, filed a "false Parole violation Report "Charge" that I was "Resisting a Peace Officer, Exhibit (C). Parole Agent Ewing use the same facts from the Police Report, and "Changed" the "Charge" to Resisting Cal P.C. 148(a). I had reason to believe Agent A.J. Ewing has filed false Reports before on others. I believe Agent Ewing's motive was to lock me up no matter how he had to do it. Whether he had to file a false violation charge Cal P.C. 118.1, or commit Perjury P.C. 118. The Officers Police Report Exhibit (A) clearly state I was arrested for Drunk in Publice and facts support that charge.

COUNT 6. CONSPIRACY VIOLATION OF CAL P.C. 182, AND DUE PROCESS

XXIX

On information and belief the date of my Parole Revocation hearing Oct 29, 2007, at R.J. Donovan. I believe that officer Manansal Badge No. 6010, of San Diego P.D., and Parole Agent Officer Anthony Ewing "conspiried together to convict me for Resisting a peace Officer P.C. 148(a). Before the hearing I believe the two officer's discussed my case in the "Lobby at R.J. Donovan. Agent A.J. Ewing showed Officer Manansal # 6010, his Parole violation Report to show him where he filed a "false Parole violation charge against me. Took the same facts from his Police Report, and "Changed the "Charge to Resisting a Peace officer. Enstead of Drunk in Public. I honesly believe Agent Ewing was able to "solicit officer manansal # 6010, to go along with the false charge of Resisting a peace officer. Because officer manansal # 6010, sure went into an "administrative hearing, and lied under oath in violation of Cal P.C. 118, and Due Process.

XXX

COUNT 7. VIOLATION OF DUE PROCESS, AND CONPIRACY VIOLATION OF CAL P.C. 182, AGAINST DEPUTY COMMISSIONER J. MUGA FOR "SOLICITING, AND FACILITATING OFFICER MANANSAL BADGE NO 6010, OF SAN DIEGO P.D. TO GIVE PERJURIED TESTIMONY UNDER OATH IN A PAROLE REVOCATION HEARING.

After being swear in at my Parole Revocation hearing by Deputy Commisioner J.MUGA. Officer manansal # 6010, testified to his Police Report, at first, and arrest for Drunk in Public. Then all of a sudden the Deputy Commissioner J. MUGA "solicited, and facilitated officer manansal # 6010, to give perjured testimony under oath.

The deputy Commissioner asked the officer was I arguing with other responding officers. He said yes. Also that I was cursing at he officers. An after the officers determined I had been drinking, and could not care for myself due to intoxication. I was ordered to put my hands behind my back to be handcuffed, but I did not immediately comply. That I continued to be argumentative with officers after being handcuffed.

My attorney ED Wicker, California Parole Advocacy Program 619-661-9521 objected that his testimony was never mentioned in officers Manansala' Police Report and total perjury Cal P.C. 118. Deputy Commissioner J. MUGA knowing that this testimony was false based on officers Police Report. To cost me my freedom, and violate my Civil Rights od Due Process. To give a Hold "New testimony a month later under oath is Perjury P.C. 118.

XXXII

PREVIOUS LAWSUITE AND ADMINISTRATIVE RELIEF

There are "no other Lawsuites in State or Federal Courts dealing with the same or similar facts involved in this case.

XXXIII

ADMINISTRATIVE REMEDIES

Administrative Remedies ar N/A in this case as to San Diego Police Officers. A State or City Tort claim is not required in a Civil Rights case. However, as courtesy, I filed Claims with City of San Diego, and State Board of Control. An Inmate 602 Appeal, for CITIZEN COMPLAINT was filed against Parole Agent Anthony Ewing, and Deputy Commissioner J. MUGA, with Region IV parole Headquartors, and Internal Affairs Unit. A CITIZEN COMPLAINT was also filed with the CHIEF COMMISSIONER BOARD OF PRISON TERMS, 1515 K. STREET SUITE 600 SACRAMENTO CALIFORNIA 95814. "ALSO REQUEST FOR AN APPEAL, FOR THE FALSE VIOLATION CHARGE, RESISTING A PEACE OFFICER, Alleged by defendant Agent Anthony Ewing, "UNDER THE CLAUSE "UNUSUAL CIRCUMSTANCE" "VIOLATION OF THE LAW. BASED ON THESE ALLEGATIONS.

XXXIV

As a proximate Cause of defendants violation of my Civil Rights. I suffered emotional distress, mental anguish, pain and suffering, medical bills, Loss of earnings, wages, further costs of medical bills.

XXXV

Defendants' acted "wanton, and disregard for the Rights of others, with no respect, for what they stand for as officers under the Color of the LAW.

XXXVI

RELIEF REQUESTED

PLAINTIFF REQUESTS THAT THIS COURT GRANT THE FOLLOWING RELIEF:

1. GENERAL DAMAGES IN THE SUM OF $ 200,000, thousand

2. SPECIAL DAMAGES IN THE SUM OF $ 100,000 thousand

3. PUNITIVE DAMAGES IN THE SUM OF 1.4 MILLION

TOTAL 1.7 MILLION

XXXVII

DEMAND FOR JURY TRIAL

PLAINTIFF DEMANDS A TRIAL BY JURY.

XXXVIII

CONSENT TO MAGISTRATE JUDGE JURISDICTION

PLAINTIFF CONSENTS TO MAGISTRATE JUDGE JURISDICTION UNDER 28 U.S.C. 636(c).

XXXIX

VERIFICATION

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE FORGOING STATEMENTS ARE TRUE AND CORRECT, EXCEPT FOR THOSE MATTERS STATED ON INFORMATION AND BELIEF THAT I BELIEVE THEM TO BE TRUE AND CORRECT. EXECUTED THIS DAY 14, NOVEMBER 2007, AT SAN DIEGO CA 92179.

NOVEMBER 14, 2007. MR. STANLEY EZELL SINGLETON

Mr. Stanley E. Singleton

ATTY Copy

Booking Number: 07773829
Incident No. 07100001312

# SAN DIEGO REGIONAL ARREST / JUVENILE CONTACT REPORT

AGENCY NUMBER: 07100001312

REPORT

ARREST REPORT

| Field | Value |
|---|---|
| WARRANT | None |
| AGENCY | SDPD |
| ARJIS ASSISTED ? | Y |
| PAGE | 1 OF 5 |
| SDSO BOOKING NUMBER | |
| ARREST DATE | 10/01/2007 |
| TIME | 15:27 |
| BEAT/DISTRICT | 512 |
| RELATED REPORTS (TYPE, NUMBER) | |
| CITATION NUMBER | |

ARRESTEE . CRIME

| Field | Value |
|---|---|
| CHARGE(S) | 3056:F / PC / VIOLATION PAROLE/FELONY |
| ADDN'L CHGS. | Y |
| ADULT RELEASES | |
| PERSON ARRESTED (L, F, M) | Singleton, Stanley Ezell |
| NICKNAME | |
| D.O.B. | 03/15/1956 |
| P.O.B. | San Diego, CA |

| RACE | SEX | AGE | HEIGHT | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|---|---|---|
| B | M | 51 | 5'11" | 200 | NOR | BLD | BRO |

| Field | Value |
|---|---|
| ALIAS/MAIDEN NAME (L, F, M) | |
| ARRESTEE'S ADDRESS | 501 07TH ST #318 |
| CITY | SAN DIEGO |
| STATE | CA |
| ZIP | 92101 |
| EMPLOYER/SCHOOL | |
| MILITARY | N |
| OCCUPATION/RANK | Unemployed |
| HOME PHONE | (619)262-8940 |
| BUSINESS PHONE | |
| BUSINESS OR MILITARY ADDRESS / CITY / STATE / ZIP | |
| EMERGENCY CONTACT/NEXT OF KIN (L, F, M) | |
| EMERGENCY ADDRESS / CITY / STATE / ZIP | |
| HOME PHONE | |
| IS SUBJECT A SUSPECTED USER OF NARCOTICS/DRUG ? | N |
| INTERPRETER REQUIRED ? | N |
| LANGUAGE | |
| SUSPECT'S RELATION TO VICTIM(S) | |
| LOCATION OF ARREST | 10 HENSLEY ST |
| CITY | SAN DIEGO |
| LOCATION OF OFFENSE | 10 HENSLEY ST |
| CITY | SAN DIEGO |
| OFFENSE DATE | 10/01/2007 |
| OFFENSE TIME | 15:27 |
| CITIZEN ARREST ? | N |
| ARRESTING OFFICER | MANANSALA |
| I.D. | 6010 |
| ADMONISHED BY | |
| I.D. | |

DID YOU UNDERSTAND EACH OF THESE RIGHTS THAT I HAVE EXPLAINED TO YOU ?

HAVING IN MIND AND UNDERSTANDING YOUR RIGHTS AS I HAVE TOLD YOU, ARE YOU WILLING TO TALK WITH US ? STATEMENT

ARRESTEE DESCRIPTION

| HAIR LENGTH/TYPE | HAIR STYLE | FACIAL HAIR | COMPLEXION | SPEECH | VOICE |
|---|---|---|---|---|---|
| 1. Bald | 11. Other | 6. Mustache | 2. Dark | 4. Offensive | 5. Medium |
| 1. Coarse | | 4. Goatee | | | |
| | Bald | | | | |

IDENTIFICATION NUMBERS

| Field | Value |
|---|---|
| DRIVER'S LICENSE NO. | N2540620 |
| STATE | CA |
| SOCIAL SECURITY NO. | 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 |
| FBI NO. | |
| CII NO. | |
| OTHER I.D. | CDC T01626 |
| TYPE | |
| UNDOCUMENTED PERSON | N |

FURTHER SUSPECT DESCRIPTION (I.E., GLASSES, TATTOOS, TEETH, BIRTHMARKS, JEWELRY, SCARS, MANNERISMS, ETC.)

CLOTHING DESCRIPTION: White Football Jersey, Black Jeans

SUSPECT VEHICLE: YEAR / MAKE / MODEL / COLOR / COLOR / BODY TYPE / LICENSE NO / STATE

ADDITIONAL VEHICLE IDENTIFIERS (CHROME, DAMAGE, ETC.) / VIN NUMBER / DISPOSITION OF VEHICLE

REGISTERED OWNER (L, F, M)

REGISTERED OWNER'S ADDRESS / CITY / STATE / ZIP

EV.

PROPERTY TAG NOS. / DISPOSITION OF EVIDENCE

| REPORTING OFFICER | I.D. | DIVISION | REPORT DATE | TIME |
|---|---|---|---|---|
| MANANSALA | 6010 | C2 | 10/01/2007 | 23:13 |

ARJIS-8 (REV. 7-95 Electronic)

Exhibit (A)

PAGE 2 OF 5

AGENCY NUMBER 07100001312

**COMPANIONS**

COMPANION'S NAME (L, F, M)

ADDRESS | CITY | STATE | ZIP

PHONE | RACE | SEX | D.O.B. | ARRESTED ☐ | ADDITIONAL COMPANIONS LISTED ☐

**VIC. / WIT.**

VICTIM/WITNESS/ NAME (L, F, M)

RESIDENT ADDRESS | CITY | STATE | ZIP

BUSINESS ADDRESS | CITY | STATE | ZIP

HOME PHONE | BUSINESS PHONE | RACE | SEX | D.O.B. | ADD'N'L VIC./WIT. LISTED ☐

**JUVENILE ONLY**

FATHER/STEPFATHER'S NAME (L, F, M)

FATHER/STEPFATHER'S ADDRESS | HOME PHONE

CITY | STATE | ZIP | BUSINESS PHONE

MOTHER/STEPMOTHER'S NAME (L, F, M)

MOTHER/STEPMOTHER'S ADDRESS | HOME PHONE

CITY | STATE | ZIP | BUSINESS PHONE

SCHOOL | GRADE | LIVES WITH

PARENTS NOTIFIED BY: WHOM AND HOW | DATE | TIME | RELEASE DATE | RELEASE TIME

FIELD DISP.: ____________________

ATTITUDE OF JUVENILE | ATTITUDE OF PARENTS / GUARDIAN

DET. DISPO.: ☐ Refer Court/Prob ☐ Dept. Diversion ☐ Counsel/Informal ☐ Other: ____________________

ADDITIONAL CHARGES 647(F)DK/PC/DISORDERLY CONDUCT: ALCOHOL;

**CITIZEN ARREST**

I have arrested.

I know that pursuant to Section 849 of the Penal Code of the State of California, it is necessary for me to sign a complaint stating the charge against the prisoner. which complaint must bemade before a magistrate, and I agree to sign said complaint and appear in said matter without delay.

Date: ____________________ Computer generated form, signature is not obtained; disclaimer read to the citizen.

ARRESTING CITIZEN (L, F, M) PRINT

RESIDENT ADDRESS | CITY | STATE | ZIP

BUSINESS ADDRESS | CITY | STATE | ZIP

HOME PHONE | BUSINESS PHONE | RACE | SEX | D.O.B.

**ADULT - MISD ONLY**

Check each reason for not releasing the subject with a written notice to appear. (ADULTS ONLY)

The person arrested was so intoxicated that he could have been a danger to himself or to others.

| Continued From: ARR/JUV. CON. | San Diego Regional Officer's Report Narrative | | | Incident Number 07100001312 |
|---|---|---|---|---|
| Page 3 of 5 | | | | Case Number |
| Code Section And Description (one incident only) 3056:F / PC / VIOLATION PAROLE/FELONY | | Date 10/01/2007 | Day of Week MON | Time 15:27 |
| Location Of Incident (Or Address) 10 HENSLEY ST | | City | District | Beat |
| Person(s) Involved: Victim | | | | |
| Suspect (If Named) Singleton, Stanley Ezell | | | | |
| Property Tag No.(s) | | | | |

## Drunk in Public

The arrestee was under the influence of an intoxicating liquor/drug in a public place and unable to care for his/her own safety or the safety of others.

**ADDITIONAL CHARGES:**

**ORIGIN:**

- [x] I was dispatched on a call regarding an intoxicated person.
- [ ] I saw and contacted the arrestee during my patrol duties.
- [ ] Other:

**PROBABLE CAUSE:**

I observed the following signs and symptoms of being under the influence of an intoxicant.

- [ ] Asleep / Passed Out
- [ ] Odor of Alcoholic Beverage
- [ ] Fighting
- [x] Creating a Disturbance
- [x] Dry "Cotton Mouth"
- [ ] Has Alcohol on Person
- [ ] Dilated Pupils
- [ ] Other
- [x] Unsteady Gait
- [ ] Urinated/Defecated on Self
- [ ] Lying in Street
- [ ] Difficult to Awaken
- [x] Unkempt Appearance
- [ ] Lying on Sidewalk
- [ ] Constricted Pupils
- [x] Slurred Speech
- [ ] Unable to/Could Not Walk Without Help
- [ ] C.V.C. Violation
- [x] Red, Bloodshot Eyes
- [ ] Unable to/Could Not Stand Without Help
- [ ] Interfering With Traffic
- [ ] Fumbles for Identification

I observed the following behavior, which led me to believe the arrestee, was unable to exercise care for his/her own safety or the safety of others: SINGLETON appeared extremely agitated and was extremely argumentative with passersby and officers. He had extremely slowed coordination and an unsteady gait.

**DISPOSITION:**

- [ ] The arrestee was taken to the I.R.C. Detox Facility.
- [x] The arrestee was rejected for admission to the I.R.C. Detox Facility for the reason and booked into county jail: Hostile
- [ ] Other:

| Reporting Officer | ID # | Division | Approved By | Date of Report | Time |
|---|---|---|---|---|---|
| MANANSALA | 6010 | C2 | | 10/01/2007 | 23:13 |

Continued

| Continued From: ARR/JUV. CON. | San Diego Regional Officer's Report Narrative | | | Incident Number 07100001312 | |
|---|---|---|---|---|---|
| Page 4 of5 | | | | Case Number | |
| Code Section And Description (one incident only) 3056:F / PC / VIOLATION PAROLE/FELONY | | Date 10/01/2007 | | Day of Week MON | Time 15:27 |
| Location Of Incident (Or Address) 10 HENSLEY ST | | City | | District | Beat |
| Person(s) Involved: Victim | | | | | |
| Suspect (If Named) Singleton, Stanley Ezell | | | | | |
| Property Tag No.(s) | | | | | |

**NARRATIVE:**

On 10-01-07, Officer Gibson #6171 and I volunteered for a radio call to assist Officer Stinson #5529 with an intoxicated male in the yard of a residence located at 10 Hensley Street. When we arrived on scene, we noticed a male later identified as Stan SINGLETON causing a disturbance with the resident of the address. SINGLETON was initially pacing in a circle when Officer Stinson arrived and appeared agitated.

Upon contacting SINGLETON I detected the odor of alcoholic beverage upon his breath and person. I knew the odor to be that of alcoholic beverage from over 12 hours of alcohol training at the police academy and from numerous alcohol related arrests that I have made. SINGLETON had slurred speech, unkempt clothing, an unsteady gait, and could barely balance himself standing up in addition to displaying the above symptoms.

SINGLETON stated that he was on parole. Officer Gibson confirmed that SINGLETON was on parole via a records check with dispatch. Officer Stinson conducted a parole search on SINGLETON'S person and found no weapons or contraband during the course of the search.

I determined that SINGLETON could not care for himself and placed him under arrest for being intoxicated in public. I placed SINGLETON in handcuffs and made sure to check for tightness and double lock. I searched SINGLETON incident to arrest and found no weapons or contraband on his person. Officer Stinson contacted Parole Agent Steve Strong #4500 who later arrived on scene and placed a parole hold on SINGLETON. Officer Gibson and I transported SINGLETON to county jail where he was booked and processed without incident.

Approved By: SGT. A.M. HISKES #3600

| Reporting Officer | ID # | Division | Approved By | Date of Report | Time |
|---|---|---|---|---|---|
| MANANSALA | 6010 | C2 | | 10/01/2007 | 23:13 |

Continued Y

State of California
**CHARGE REPORT**
CDCR 1502-B (08/05)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

DISTRIBUTION:
ORIGINAL - C-FILE
YELLOW - FIELD FILE
PINK - PAROLEE

REPORT TO: [✓] BOARD OF PAROLE HEARINGS

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| T01626 | Singleton Stanley | Same | IV / Cv #4 L/P/MD |
| ARREST DATE | ARRESTING AGENCY | BPH REFERRALS: [ ] MANDATORY [ ] NON-MANDATORY | BOOKING NUMBER, AND/OR LOCATION |
| 10-1-07 | SDPD | | SDCJ/7773829 |

ARREST CODE *: B

* ARREST CODES
A DAPO STAFF ALONE
AB DAPO ASSISTED BY LAW ENFORCEMENT AGENCY
B LAW ENFORCEMENT AGENCY ALONE
D LAW ENFORCEMENT AGENCY WITH INFORMATION FROM DAPO

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE: | DISCHARGE REVIEW DATE: | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 10-1-07 | 10-1-07 | N/A | A. Ewing | 9-22-10 | 9-22-08 | [ ] |

CHARGES AND CODES
1. (939) Drunk in Public
2.
3.
4.
5.
6.

REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO:
[ ] ABSCOND [ ] SELF [ ] PROPERTY-OTHERS [X] SAFETY-OTHERS

DATE COPY GIVEN TO PAROLEE:

NAME OF PERSON NOTICING PAROLEE:

On 10/1/07, subject arrested by SDPD for drunk in Public.

PAROLE AGENT'S RECOMMENDATION: Retain Hold

PAROLE AGENT'S SIGNATURE: [signature] DATE: 10/1/07

UNIT SUPERVISOR'S ACTION
[✓] DECISION [ ] REVIEW [ ] RETAIN HOLD [ ] RELEASE HOLD AS OF (DATE): [ ] CANCEL WARRANTS - WANTS
[ ] CONTINUE ON PAROLE [ ] CONTINUE IN OUT-PATIENT STATUS [ ] *DISCHARGE EFFECTIVE DATE: [ ] RETAIN ON PAROLE
[ ] REINSTATE ON PAROLE AS OF (DATE): [ ] TIME LOSS [ ] NO TIME LOSS [ ] SUSPENDED/REINSTATE IN OPS AS OF (DATE): [✓] REFER TO BPH [ ] INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE):
[ ] SPECIAL CONDITION(S): [ ] ADD [ ] DELETE

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION:
[✓] I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD. Retain hold, and investigate. Submit appropriate report by 10-10-07.

UNIT SUPERVISOR'S SIGNATURE: [signature] DATE: 10-1-0[illegible]

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

[ ] REFER TO BPH [ ] DISCHARGE EFFECTIVE DATE

FIELD ADMINISTRATOR'S SIGNATURE: DATE:

Exhibit (B)

E42G-23844

STATE OF CALIFORNIA
CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST
CDC 1676 (4/91)
CDC 1676 (4/91)

DISTRIBUTION: ORIGINAL - BOARD REPORT DEPARTMENT OF CORRECTIONS
1ST COPY - R.H.C.
1ST COPY - R.H.C.
2ND COPY - H.A.
3RD COPY - PAROLEE
4TH COPY - U.S.

**REPORT TO:** [X] BOARD OF PRISON TERMS
[ ] NARCOTIC ADDICT EVALUATION AUTHORITY

| CDC NUMBER | NAME (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT | CSTCU - ST |
|---|---|---|---|---|
| T01626 | SINGLETON, Stanley | SAME | IV/CV IV | [ ] YES [X] NO |

| ARREST DATE | ARRESTING AGENCY | BPT REFERRALS: | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|
| 10/1/07 | SAN DIEGO POLICE DEPT. | [ ] MANDATORY [X] NON-MANDATORY | 07773829-A/CENTRAL |

| ARREST CODE * | * ARREST CODES: |
|---|---|
| B | A P&CSD STAFF ALONE; AB P&CSD ASSISTED BY LAW ENFORCEMENT AGENCY; B LAW ENFORCEMENT AGENCY ALONE; D LAW ENFORCEMENT AGENCY WITH INFORMATION FROM P&CSD |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 10/1/07 | 10/1/07 | INTACT | A.J. EWING | 9/22/10 | 9/22/08 | [ ] |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| 1. VANDALISM(972) (PC594) | 4. |
| 2. DRUNK IN PUBLIC(939) (PC647(F)) | 5. |
| 3. RESISTING A PEACE OFFICER (938) (PC148(A)) | 6. |

| REASON FOR RETAINING PAROLE HOLD; PAROLEE DANGER TO: | DATE COPY SENT TO PAROLEE | INITIALS OF PERSON SENDING |
|---|---|---|
| [ ] ABSCOND [X] SELF [X] PROPERTY-OTHERS [X] SAFETY-OTHERS | | |

**NON-PRIORITY**

**Charge #1**

On 30 September 2007, at approximately 0050 hours, Stanley Singleton was ejected from the Coast Hotel because he vandalized the hotel by punching holes in the walls and the front door of his room. The police were notified but no arrest was made at that time. Singleton remained homeless during the weekend.

OCT11 07 2:

**Charge #2**

On 1 October 2007 at approximately 0900 hours Stanley Singleton arrived at the Second Chance Strive facility where he was enrolled for job readiness training. Singleton was intoxicated at the facility and he became hostile with the staff when they informed him that he could not enter the program while he was under the influence of alcohol.

The staff telephoned the Agent of Record and advised him of the situation with Singleton. The agent instructed Singleton to wait for the agent to pick him up. Subject left the property and he failed to notify Parole as to his whereabouts or where he was living.

**Charge #3**

On 1 October 2007, at approximately 1527 hours, San Diego Police Officers Gibson (#6171) and Manansala (#6010) responded to a radio call to assist Officer Stinson who was in contact with an intoxicated male 10 Hensley Street in San Diego. The individual was creating a disturbance with the resident of that address.

Upon his arrival, Officer Manansala contacted Singleton and he observed Singleton display the all the symptoms of a person who was intoxicated. Singleton's speech was slow and slurred, he was unable to stand straight while speaking at the officers and he was agitated at the officers. Singleton stated that he was on parole and a records check confirmed Subject prior statement.

| PAROLEE'S NAME | CDC NUMBER |
|---|---|
| SINGLETON, Stanley | T01626 |

Exhibit (C)

**Charge #3 (Continued)**

Because Singleton appeared to be unable to care for himself, he was arrested by the officers. A search incident to the arrest yielded no weapon or contraband of any sort in Subject possession.

Singleton was taken to the I.R.C. Detox Facility, but Singleton was so belligerent that the staff rejected him for placement at the facility. The police obtained a Parole Hold from Parole Agent Strong and Singleton was then transported, and booked into the San Diego County Central Jail without further incident.

**Parolee Statement:**

None at the time of this report.

**Witness:**

Mr. Ossie Coley, Coast Hotel Duty Clerk, address available.

Mr. Michael Rice, Second Chance-Strive Job Readiness Trainer, address available.

Officer Stinson (#5529), San Diego Police Department-Central Division.

Officer Manansala (#6010), San Diego Police Department-Central Division.

**Attachments:**

A copy of the Coast Hotel Incident Report.

San Diego Police Department Arrest/Booking Report #07773829-A.

**Court Information**

None, our Parole Hold only.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RECOMMENDATION, REVIEW AND SIGNATURE SHEET

CDCR 1521-D (Rev.08/05)

PAROLEE'S NAME (Last, First, MI): SINGLETON STANLEY

CDC Number: T01626

## BPH RECOMMENDATION

- [ ] Reinstate on Parole as of ____
- [ ] Cancel Want - Remove Warrant from File
- [ ] Extend Parole Period to Maximum Pending Parole
- [ ] Continue on Parole
- [ ] Dismiss
- [ ] Remove Parole Hold
- [x] Retain Parole Hold
- [x] Refer to Screening Calendar
- [ ] Schedule for Revocation Hearing
- [ ] Schedule for Revocation Hearing - (Psychiatric Treatment)
- [ ] Schedule for Good Cause Hearing - (Cooperative Parole)
- [ ] Maintain in Community - Pending Revocation Proceedings
- [ ] Other ____
- [ ] Continue outpatient or civil addict parole status
- [ ] Dismiss
- [ ] Suspend - reinstate as ____
- [ ] Suspend - return ____
- [ ] Remove Release / Parolee at Large
- [ ] Continue oral order of ____
- [ ] Confirm oral order of ____
- [ ] Vacate oral order of ____
- [ ] Other ____

PAROLE AGENT'S SIGNATURE: A JEWING [signature]

DATE SIGNED: 10/9/07

## BPH UNIT SUPERVISOR'S DECISIONS

- [ ] Reinstate on Parole as of ____
- [ ] Cancel Want - Remove Warrant from File
- [ ] Extend Parole Period to Maximum Pending Parole
- [ ] Continue on Parole
- [ ] Dismiss charges
- [ ] Remove Parole Hold as of ____
- [x] Retain Parole Hold
- [x] Refer to Revocation Screening Calendar
- [ ] Schedule for Revocation Hearing
- [ ] Schedule for Revocation Hearing - (Psychiatric Treatment)
- [ ] Schedule for Good Cause Hearing - (Cooperative Parole)
- [ ] Maintain in Community - Pending Revocation Proceedings
- [ ] Other ____
- [ ] **Note to Classification and Parole Representative:** Requires evaluation for MHSDS program
- [ ] Continue outpatient or civil addict parole status
- [ ] Dismiss
- [ ] Suspend - reinstate as of ____
- [ ] Suspend - return
- [ ] Remove Release / Parolee at Large status
- [ ] Continue oral order of ____
- [ ] Confirm oral order of ____
- [ ] Vacate oral order of ____
- [ ] Other ____

UNIT SUPERVISOR'S COMMENTS

SUPERVISOR'S SIGNATURE: J. B. Holloway, US

DATE SIGNED:

PAROLE ADMINISTRATOR'S COMMENTS

PAROLE ADMINISTRATOR'S SIGNATURE

DATE SIGNED

| PAROLEE COPY PROVIDED (DATE): | MAILED BY: | DELIVERED BY: |
|---|---|---|
| | | |

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

*Records Office Use Only*

| Projected Revocation Release Date |
|---|
| Revocation Release Date |
| Controlling Discharge Date |
| Discharge Review Date |

# *PRIORITY CASE*

## SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

### PRELIMINARY INFORMATION

**Type of Hearing**
REVOCATION

**Location of Hearing**
R J DONOVAN RECEPTION CENTER
Parolee in custody at Time of Hearing: YES

**Basis for Charges**
Parole Violation Report, Dated: 09-OCT-2007

Police Report Agency Dated:

**Optional Waiver**
NO Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979: YES
Date of arrest on current parole violation charge(s): 01-OCT-2007
Date hold was placed on current parole violation charge(s): 01-OCT-2007

**ADA** Special Needs:

**Present at Hearing** Hearing Officer: J MUGA

1. [X] Yes [ ] No Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No Attorney Name: WICKER, ED [ ] Waived
3. [X] Yes [ ] No Agent of Record or Substitute: EWING, ANTHONY Reason not present:
4. [ ] Yes [ ] No Hearing Agent: Reason not present:
5. [ ] Yes [X] No Observers Name and Organization:
6. [ ] Yes [X] No Interpreter Assigned Language Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.** | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| | X | OFFICER STINSON | SP | 17-OCT-07 | A | S | | | FTA |
| X | | OFFICER MANANSALA | SP | 17-OCT-07 | A | S | X | | |
| | X | OSSIE COLEY | SP | 17-OCT-07 | A | S | | | FTA |
| | X | MICHAEL RICE | SP | 17-OCT-07 | A | S | | | FTA |

*NOTIFICATION METHOD
M = Memo PC = Personal Contact
L = Letter SP = Subpoena
PH = Phone TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION
Status: A = Adverse Requested by: S = State
F = Friendly P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| SINGLETON, STANLEY | T01626 | CHULA VISTA 4 / 4<br>EWING, ANTHONY | 29-OCT-2007 |



Exhibit (D)

BOARD OF PAROLE HEARINGS

STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

**Preliminary Information (cont.)**

H. HEARING: Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

**ADMISSIONS/DENIALS AND FINDINGS**

| Charges | | | Plea | | | Findings | | |
|---|---|---|---|---|---|---|---|---|
| Charge Number | Code Number | Charge Specified | Admit | Deny | No Plea | Good Cause | Dismiss | Postponed |
| 1. | 972 | Vandalism/malicious mischief | | X | | | X | |
| 2. | 939 | Drunk in public | | | X | | X | |
| 3. | 938 | Resisting arrest | | X | | X | | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| SINGLETON, STANLEY | T01626 | CHULA VISTA 4 / 4<br>EWING, ANTHONY | 29-OCT-2007 |

BOARD OF PAROLE HEARINGS

STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

## REASON FOR DECISION

**Basis for Conclusion:**

CHARGE 1: DISMISSED DUE TO INSUFFICIENT EVIDENCE. ONLY EVIDENCE TO SUPPORT CHARGE WAS A SHORT FAXED LETTER FROM COAST HOTEL STAFF STATING THAT PAROLEE PUNCHED A HOLE IN A WALL AT THE HOTEL.
CHARGE 2: DISMISSED AT PCH DUE TO PAROLEE NOT BEING IN A PUBLIC PLACE WHEN POLICE DETERMINED HE COULD NOT CARE FOR HIMSELF DUE TO BEING INTOXICATED.
CHARGE 3: GC FOUND BASED ON POLICE OFFICER TESTIMONY THAT PAROLEE WAS ARGUING WITH THE OTHER RESPONDING OFFICER, HE WAS PACING IN A CIRCLE, HE WAS AGITATED AND CURSING AT OFFICERS. OFFICERS DETERMINED HE HAD BEEN DRINKING AND COULD NOT CARE FOR HIMSELF DUE TO THE INTOXICATION. PAROLEE WAS ORDERED TO PUT HIS HANDS BEHIND HIS BACK TO BE HANDCUFFED BUT DID NOT IMMEDIATELY COMPLY. HE CONTINUED TO BE ARGUMENTATIVE WITH OFFICERS AFTER BEING HANDCUFFED.

**Basis for Disposition:**

REMEDIAL SANCTIONS NOT APPROPRIATE DUE TO PUBLIC SAFETY CONCERNS.
MUTI-TERMER.
CONTROLLING OFFENSE OF TRANS/SELL CS.
HAD ONLY BEEN OUT ON PAROLE FOR NINE DAYS.

DISPO: 8 MONTHS ELIGIBLE.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| SINGLETON, STANLEY | T01626 | CHULA VISTA 4 / 4<br>EWING, ANTHONY | 29-OCT-2007 |

BOARD OF PAROLE HEARINGS STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

## SUMMARY OF DISPOSITION

Parole Referral: REFER

Custody Status: In Custody as of 01-OCT-07

☐ Continue on Parole ☐ Schedule for Revocation

☐ Dismiss ☐ Other Non-Rev Sanction

☒ Parole Revoked-Return to Custody: 8 months

Serve ☐ Consecutively ☐ Concurrently

☐ Parole Revoked-Return to Custody: months for Psych Rx

☐ Time Served: to

Hold Order: ☐ Place ☐ Remove

**3057 Credits**

☒ Eligible

☐ Ineligible 3057d-1 Reason for Ineligibility:

- ☐ Commitment Offense:
- ☐ Revocation Offense:
- ☐ Parole Violation:
- ☐ Sentenced under PC 1168:

☐ Unsuitable for credits because of PC 3057(d)(2)(e)

- ☐ Prior Criminal History
- ☐ Circumstances & Gravity of Parole Violation

Specify Reason

**Parolee Decision**

☐ Accept ☐ Reject ☐ Optionally Waive

**Optional Waivers**

☐ Previous BPH Action of ________ is:

☐ Rescinded ☐ Reaffirmed

**Special Conditions of Parole**

☐ Noted ☒ Reaffirmed ☐ Amended

**Other**

| Special Condition | Reason |
|---|---|
| | |

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

**BPH HEARING PANEL**

| | |
|---|---|
| NAME: | **REVOCATION HEARING TIME (MINUTES)** |
| NAME: [signature] | 1. Prehearing Prep. Time: 10 |
| | 2. Actual Hearing Time: 60 |
| DECISION REVIEW BY: | 3. Report Completion Time: 10 |
| | 4. Other: |
| | **Total:** 80 |

Hearing Accommodations (ADA) Provided: ☐ Yes ☐ No

Accom:

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| SINGLETON, STANLEY | T01626 | CHULA VISTA 4 / 4<br>EWING, ANTHONY | 29-OCT-2007 |

BOARD OF PAROLE HEARINGS

STATE OF CALIFORNIA

# SUMMARY OF REVOCATION HEARING AND DECISION

## V. OBJECTIONS

[X] None [ ] Yes

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| SINGLETON, STANLEY | T01626 | CHULA VISTA 4 / 4<br>EWING, ANTHONY | 29-OCT-2007 |

JS44
(Rev. 07/89)

FILED
NOV 1 5 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes ✓ No___
COPIES SENT TO
Court ✓ Pro Se

**I (a) PLAINTIFFS**

**Stanley Ezell Singleton**

**DEFENDANTS**

**Officer Stinson, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Stanley Ezell Singleton**
**PO Box 799004**
**San Diego, CA 92179**
**T-01626**

**ATTORNEYS (IF KNOWN)**

'07CV 2190 IEG LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 11/15/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~

R. Mullen