AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Stanley Ezell Singleton, CDCR #T-01626

V.

Officer Stinson; et. al.

FILED

DEC 17 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY JAH DEPUTY

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 07cv2190-IEG(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court **DENIES** Plaintiff's Motion to Proceed In Forma Pauperis pursuant to 28 USC 1915(g) and **DISMISSES** the case without prejudice for failure to pay the full $350 civil filing fee required by 28 USC1914(a)........................................................................................................................

December 17, 2007
Date

W. Samuel Hamrick, Jr.
Clerk

J. Haslam
(By) Deputy Clerk

ENTERED ON December 17, 2007