Mr. Stanley E. Singleton
T-01626, 1-D-01-242-U
P.O. Box 3456
Corcoran CA 93212

FILED
2007 DEC 19 PM 2:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

United States District Court

07CV2190 IEG (LSP)

Stanley E. Singleton
Petitioner

VS

Officer Stinson Badge # 5529
Officer Manansala Badge # 6010
Officer Gibson Badge # 6171
Parole Agent Anthony Ewing
Deputy Commissioner J. MUGA
Defendants /

No. ?
New Civil Rights
Title 42 U.S.C. 1983

Notice
Change of Address of Plaintiff to Above New Location

TO: Court Clerk:

Please change Plaintiff's Address to Above new Location. I am unaware of the case number as to this was a new Filing, and I have not yet received Correspondence as to this case,

However, Send all Correspondence concerning this case to the New above Location.

Date: 12-17-07

[signature] Stanley E. Singleton

[illegible]
T-01626, 1-D-01-242U
P.O. Box 3456
Corcoran Ca 93212

CORCORAN STATE PRISON

CORCORAN STATE PRISON

Hasler

$00.41[0]

12/17/2007

Mailed From 93212

US POSTAGE

United States District Court
880 Front Street
San Diego Ca 92101

Legal mail

92101$8887 C037